Pro Se 1 (Rev. 12/16) Complaint for a Civil Case



# UNITED STATES DISTRICT COURT

for the

Northern District of California 

San Francisco Division

FILED

NOV 28 2022

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

| | |
|---|---|
| Terrance Turner | )  Case No. CV22 7490 LB |
| | )  ___-CV-___ |
| | )  (to be filled in by the Clerk's Office) |
| *Plaintiff(s)* | ) |
| *(Write the full name of each plaintiff who is filing this complaint.* | )  Jury Trial: *(check one)* ☑ Yes ☐ No |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) |
| *please write "see attached" in the space and attach an additional* | ) |
| *page with the full list of names.)* | ) |
| **-v-** | ) |
| | ) |
| Patrice & Associates, Robert Half, TEKSystems, | ) |
| APEX Systems, Insight Global, Tata Consulting | ) |
| Services, HCL America, Cognizant, Wipro, FBI | ) |
| CIA, USSOCOM | ) |
| *Defendant(s)* | ) |
| *(Write the full name of each defendant who is being sued.  If the* | ) |
| *names of all the defendants cannot fit in the space above, please* | ) |
| *write "see attached" in the space and attach an additional page* | ) |
| *with the full list of names.)* | ) |

## COMPLAINT FOR A CIVIL CASE

### I.   The Parties to This Complaint

#### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Terrance Turner |
| Street Address | 108 Orchard Lane |
| City and County | Centerville and Houston |
| State and Zip Code | GA 31028 |
| Telephone Number | (571) 402-8216 |
| E-mail Address | SalesProfessional2022@GMail.com |

#### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Patrice & Associates |
| Job or Title *(if known)* | CEO and Company |
| Street Address | 3140 West Ward Road #202 |
| City and County | Dunkirk |
| State and Zip Code | Maryland 20754 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Robert Half |
| Job or Title *(if known)* | CEO and Company |
| Street Address | 2884 Sand Hill Road |
| City and County | Menlo Park |
| State and Zip Code | California 94025 |
| Telephone Number | 650.234.6000 |
| E-mail Address *(if known)* | Investor.Relations@RobertHalf.com |

Defendant No. 3

| | |
|---|---|
| Name | TEKSystems |
| Job or Title *(if known)* | CEO and Company |
| Street Address | 7437 Race Road |
| City and County | Hanover |
| State and Zip Code | Maryland 21076 |
| Telephone Number | 410.540.7700 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | APEX Systems |
| Job or Title *(if known)* | CEO and Company |
| Street Address | 4400 Cox Road, Suite 200 |
| City and County | Glen Allen |
| State and Zip Code | Virginia 23060 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

    Name _____

    Job or Title *(if known)* _____

    Street Address _____

    City and County _____

    State and Zip Code _____

    Telephone Number _____

    E-mail Address *(if known)* _____

Defendant No. 2

    Name _____

    Job or Title *(if known)* _____

    Street Address _____

    City and County _____

    State and Zip Code _____

    Telephone Number _____

    E-mail Address *(if known)* _____

Defendant No. 3

    Name _____

    Job or Title *(if known)* _____

    Street Address _____

    City and County _____

    State and Zip Code _____

    Telephone Number _____

    E-mail Address *(if known)* _____

Defendant No. 4

    Name _____

    Job or Title *(if known)* _____

    Street Address _____

    City and County _____

    State and Zip Code _____

    Telephone Number _____

    E-mail Address *(if known)* _____

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

     Name                                _____

     Job or Title *(if known)*           _____

     Street Address                _____

     City and County              _____

     State and Zip Code          _____

     Telephone Number          _____

     E-mail Address *(if known)*      _____

Defendant No. 2

     Name                                  _____

     Job or Title *(if known)*           _____

     Street Address                _____

     City and County              _____

     State and Zip Code          _____

     Telephone Number          _____

     E-mail Address *(if known)*      _____

Defendant No. 3

     Name                                  _____

     Job or Title *(if known)*           _____

     Street Address                _____

     City and County              _____

     State and Zip Code          _____

     Telephone Number          _____

     E-mail Address *(if known)*      _____

Defendant No. 4

     Name                                  _____

     Job or Title *(if known)*           _____

     Street Address                _____

     City and County              _____

     State and Zip Code          _____

     Telephone Number          _____

     E-mail Address *(if known)*      _____

7132132.1.15

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

    Name    _____

    Job or Title *(if known)*  _____

    Street Address   _____

    City and County   _____

    State and Zip Code  _____

    Telephone Number  _____

    E-mail Address *(if known)*  _____

Defendant No. 2

    Name    _____

    Job or Title *(if known)*  _____

    Street Address   _____

    City and County   _____

    State and Zip Code  _____

    Telephone Number  _____

    E-mail Address *(if known)*  _____

Defendant No. 3

    Name    _____

    Job or Title *(if known)*  _____

    Street Address   _____

    City and County   _____

    State and Zip Code  _____

    Telephone Number  _____

    E-mail Address *(if known)*  _____

Defendant No. 4

    Name    _____

    Job or Title *(if known)*  _____

    Street Address   _____

    City and County   _____

    State and Zip Code  _____

    Telephone Number  _____

    E-mail Address *(if known)*  _____

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question                     [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

UK Maritime Common Law, US Juridiction Common Law, Breach of Contract, US Business Law, US Contract Law, Uniform Commercial Code, Fraud Statutes, Criminal Code, UCMJ, ~

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* Terrance Turner , is a citizen of the State of *(name)* Georgia .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* Service Zero Professional Services , is incorporated under the laws of the State of *(name)* Georgia ,

and has its principal place of business in the State of *(name)*

Georgia .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* N/A -------- N/A , is a citizen of the State of *(name)* N/A -------- N/A . Or is a citizen of *(foreign nation)* N/A -------- N/A .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.    If the defendant is a corporation

The defendant, *(name)* N/A -------- N/A _____ , is incorporated under

the laws of the State of *(name)* N/A -------- N/A _____ , and has its

principal place of business in the State of *(name)* N/A -------- N/A _____ .

Or is incorporated under the laws of *(foreign nation)* N/A -------- N/A _____ ,

and has its principal place of business in *(name)* N/A -------- N/A _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$50,000,000,000B USD, for the destruction of this countries economy due to the deliberate poignant efforts of implementing directly and intentionally hiring multiple swaths of uneducated, illiterate, incompetent, purposely inept labor forces, inclusive to every individual hired, especially to the exclusive derogatory detriment of all womenkind.

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Much will be explained in the legal brief attached and following this form. Companies involved perform meta-analysis at charlatan levels of employment seeking individuals and do not assess work performance while steering all efforts to keep Experienced Workers, Qualified Workers unemployed at the criminal exhaustive failure of life and employment rectification efforts of those pained and grieved individuals, such as the plaintiff in this case, the one who has written and drafted the legal brief attached to this form.

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Relief is sought to create and firm multiple foundations involved with inner secret agencies of the government to create all women task forces who are led by competent individuals and those who do not seek the behaviors, arts, and ways of misrepresentation, collusion of financial conspiracy, fraud, and any sort of detriment contract violation incongruent to any section or letter-syntax of The Uniform Commercial Code.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          11/18/2022

Signature of Plaintiff
Printed Name of Plaintiff      Terrance Turner

### B.    For Attorneys

Date of signing:          11/18/2022

Signature of Attorney
Printed Name of Attorney      Terrance Turner
Bar Number                    431170989
Name of Law Firm              Service Zero Professional Services
Street Address                ~
State and Zip Code            Reston, VA 20190
Telephone Number              (703) 348-0547
E-mail Address                SalesProfessional2022@GMail.com

# [BREACH OF CONTRACT & PROMISSORY ESTOPPEL, TORTIOUS INTERFERENCE AGAINST MULTIPLE PARTIES-- LEGAL LAWSUIT]

[Turner vs Recruiting Companies, Staffing Firm Agencies & Associates]

[This is a breach of contract case detailing criminal negligence. The larger superseding contract in any employment-career endeavor is the employment itself. Implied contracts are the law before written agreements and oral contracts. Workers are supposed to work. Workers are supposed to be paid.]

**[BREACH OF CONTRACT & PROMISSORY ESTOPPEL, TORTIOUS INTERFERENCE AGAINST MULTIPLE PARTIES - - LEGAL LAWSUIT]**

# Contents

Allegations & Charges..................................................................................................................3
  - 1 -......................................................................................................................................3
Case Summary & Legal Basis ......................................................................................................4
  - 2 -......................................................................................................................................4
Breach of Contract: Lack of Capacity.........................................................................................9
  - 3 -......................................................................................................................................9
Breach of Contract: Anticipatory Breach .................................................................................24
  - 4 -....................................................................................................................................24
Breach of Contract: Indefiniteness...........................................................................................29
  - 5 -....................................................................................................................................29
Legal Notes ...............................................................................................................................35
  - 6 -....................................................................................................................................35

**[BREACH OF CONTRACT & PROMISSORY ESTOPPEL, TORTIOUS INTERFERENCE AGAINST MULTIPLE PARTIES - - LEGAL LAWSUIT]**

**Attorney Names**
**Attorneys' Business Address**
**City, ST ZIP Code**
**Phone | Fax**
**Email**

**COURT NAME**

**Jurisdiction**

| | |
|---|---|
| **PLAINTIFF'S NAME,** | **Case No.: Number** |
| **Plaintiff,** | |
| vs. | **[BREACH OF CONTRACT & PROMISSORY ESTOPPEL, TORTIOUS INTERFERENCE AGAINST MULTIPLE PARTIES - - LEGAL LAWSUIT]** |
| **DEFENDANT'S NAME,** | |
| **Defendant** | |

Type body of pleading here.

Dated this day of Month, year.

_____
**Attorney Name**

[BREACH OF CONTRACT & PROMISSORY ESTOPPEL, TORTIOUS INTERFERENCE AGAINST MULTIPLE PARTIES - - LEGAL LAWSUIT]

## Allegations & Charges

### - 1 -

1. ***Breach of Contract*** - Criminal Non-Payment
2. ***Breach of Contract*** - Attempted Murder In A Pandemic
3. ***Breach of Contract*** - OSHA Violation, Illegal Geneva Conventions Violation Illegal Safety Hazard Forcing Unnecessary Communicable Lack of Distancing From a Virus and Known Virulent Strain -- Pandemic
4. ***Breach of Contract*** - Lack of Work Safety, Congregating In Close Spaces Without Property Notification That CDC Recommendation And Safety Protocols Will Not Be Enacted - - Forcible Attendance To Convention – Client Meetings
5. ***Criminal Negligence*** - Lack of Payment In a Down-Economy Bad-Employment Structure, Missed Payments, Non-Payment, Purposeful Declared Unwillingness To Pay Forward Earnings
6. ***Criminal Negligence / Terroristic Threats*** - In a bad economy threatening a worker of immaterial non-material document device "Training, Career Coaching, Interview-Prep, Preparation (supposed and identified as "training" and then not identified as "training" " opposed to lack of work enabled, lack of leads received
7. ***Criminal Negligence / Terrorist Threats of Violence*** - Threat of unemployment due to lack of production of vaccine registration card, FORCED VACCINATION
8. ***Breach of Public Safety and Public Trust*** - Forced in proximal distancing of workers carrying infectious material "Brochures, Business Cards, Credentials, Applicant Portfolio, Informations (especially) work product samples" into businesses and business centers, potential infection sites (car vehicles as well) back and forth in and out of homes without CDC protocols and declarations made as to how to sanitize such forced carry materials
9. ***Uniform Commercial Code*** - Not portending good faith in a contract
10. ***Breach, U.S. Business Law, Duty of Care*** - Lack of care in selection of non-competent, non-legitimate, non-literate personnel, harm to humans, purposely selecting detritus employees to control and benefit the career of managers and all employees involved
11. ***Breach, U.S. Business Law, Duty of Loyalty*** - Siphoning funds from corporate franchise agreements, invisible pay structure portendous allotment with fake employee records, surveillance upon employees, spying on employee records, cooking the books, installing and operating additional call center sales service centers "that have better career options than boots on the ground workers who may get infected with the virus while managers eat up your commission and eat up your sales by MAC function, unable to avoid managers eating commission of unable to defend themselves workers"
12. ***Conspiracy to Commit Criminal Fraud*** - - Lying to upper management in fake payment documents and fake employee documents regarding human employee performance to keep the inept, illiterate, incompetent employee worker scam going to prevent the company from growing to limit competition at manager levels of employment, harming the lives of human workers to keep the scam going, firing workers during training, not paying workers during training, creating stop-gap non-attributable business function devices and bureaucratic functions to not pay workers, not hire workers, purposely selecting unprofessional workers so that managers look more professional, eat up all of the profits of a company, to keep competent citizens intelligent citizens unemployed, homeless, and eventually dead AND INFECTED WITH THE VIRUS

- 3 -

[BREACH OF CONTRACT & PROMISSORY ESTOPPEL, TORTIOUS INTERFERENCE AGAINST MULTIPLE PARTIES - - LEGAL LAWSUIT]

## Case Summary & Legal Basis

### - 2 -

Oral contracts are supported by Uniform Commercial Code and thus by law. Oral contracts are supported by Common Law. The implied covenant of good faith and fair dealing supersedes the Constitution of the United States of America.

The basis of many laws is morality, in effect ethical concerns lead to the generation and creation of laws themselves. The simplicity of the leverage that maintains many laws is conscionability morality compunction with adjudication of court jurisprudence processes within apparent, designated, and defined jurisdictions.

The Uniform Commercial Code outlines laws, statute epithets that govern transactions in a commercial domain which is not the private domain of the government, the public sector. Transactions involve currency, consideration, something of value, which sometimes can be defined as service.

This is "our" legal foundation. Upon this foundation, for the rest of this legal function, included are U.S Business Law, U.S. Contract Law, Breach of Contract as a principle and basis of law-legal premise, The Implied Covenant of Good Faith and Fair Dealing, The Defenses to Formation of Contract.

These principles and foundations of this lawsuit will assist the American public in understanding and determining, legal and illegal behaviors across commercial and transaction paradigms, events, moments, spaces, and iota of reality.

The defenses to formation of contract proceeding are known well enough to law students of the first year of their legal schooling, but after such period of time, they are not known at all. Society does not need complex laws, but it has them. We cannot remember them, and this is where the law industry has foibled. Americans don't have rights. Thus to protect those rights The Statute of Frauds must be used in ways spiritually incongruent to The Thirteenth Amendment of The Constitution of The United States of America.

When you go to work for a company, you sign an agreement.

This prima fascia written document is a contract. When you are on the phone with an individual having a conversation about a "thing" this is a negotiation about a contract, and the conversation is in effect a contract itself. In employment, and contract service arrangements, there are things agreed upon on paper. There are things that one should do, and are practically, pragmatically expected and these are Implied Contracts.

Implied Contracts are the law.

ORDER OF PERFORMANCE is the law.

The Statute of Frauds indicates and mandates that the buying and selling of property above a certain defined value threshold is not legal nor supported by law if the transaction is not defined in a written document, and thus cannot be adjudicated upon if such terms, qualifications, conditions of such sale, bartering, negotiation, exchange, and transaction of transaction is not written documented transcribed, etc, etc, and thus is not legal and not standing unless such "item" is presented on paper, dictioned in such way.

**[BREACH OF CONTRACT & PROMISSORY ESTOPPEL, TORTIOUS INTERFERENCE AGAINST MULTIPLE PARTIES - - LEGAL LAWSUIT]**

You're signing away you're rights. You are a slave.

That's as simple as we are going to put it. You are signing away your rights with that "1099 Agreement", "1099 Contract", etc, etc. You are on paper, agreeing to some "At Works" provision within a contract and/or some "Non Disclosure Agreement" in some large way or some "Non Compete" clause, or series of clauses and statements. You are agreeing to be disenfranchised.

It is understood by common law and a loose interpretation of The Implied Covenant of Good Faith and Fair Dealing that "YOU CANNOT DISENFRANCHISE YOURSELF", you cannot agree to become a slave, you cannot commit suicide without attempting a crime, you cannot enslave yourself. Thus companies are performing illegally due to the nature of these agreements, not that they have not written down your rights or lack of rights. THEY WILL NOT WRITE DOWN WHAT IT IS PRECISELY THAT YOU ARE SUPPOSED TO DO FOR YOUR JOB.

IT IS NOT EXPLAINED TO SOMEONE ON THE PHONE, WHO IS TRYING TO GET A JOB, WHAT THE RECRUITER OR INTERVIEWER EXPECTS OF YOU AND THEY END YOUR CHANCE AT FREEDOM BY ENSLAVING YOU TO THE DETRITUS OF INEPTITUDE OF FINANCE, AND THE BANE DIRE DESPONDANCE OF THE MARRIAGE OF HOMELESSNESS-UNEMPLOYMENTNESS.

Thus, all of these companies are corporate criminals, and are in fact terrorist of the United States of America.

You are terrorizing someone into a response. You are criminalizing their free thought and criminalizing their free speech. They cannot gain income, nor gain employment to live a free life because you don't like what they said when you asked "do you have a driver's license".

You didn't like their answer, when you said "can you commute to work and about how far do you live from the job site". Think about how retarded this is. Think about it.

Someone CALLS YOU, for a fucking job, to be ASSISTANT MANAGER at Ruby Tuesday's from fucking Patrice & Associates, Primary Defendant, and you have NO IDEA where this job is. You have no idea, because you don't know that this job exists. You are waiting for a call from anyone to get a job because you posted your resume on Monster.com, ZipRecruiter.com, CareerBuilder.com, CyberCoders.com, Indeed.com, LinkedIn.com, Dice.com, GlassDoor.com, Yahoo HotJobs.com, etc, etc, and you don't know where any job would be that they call you for.

You are going to GET A CALL about a job OUT OF STATE and the fucker is going to tell you "yes they are paying relocation" but WILL KEEP on asking you personal questions, "are you planning on taking any vacation", "can you move, how many bedrooms are in your house", "do you live alone", "are you married", "do you have children". All of these things, "come up" in your discussions with a recruiter or the associated account manager WHO IS NOT the hiring manager.

Many Americans, many people of the world don't know what recruiting is like from the end and experience of "you", the person who is trying to get a job. This fucker controls your life, the second that they see your resume or don't see your resume….much less albeit…when you get on the phone with the fucker.

When, in the hell, do you get to talk about the job itself?

**[BREACH OF CONTRACT & PROMISSORY ESTOPPEL, TORTIOUS INTERFERENCE AGAINST MULTIPLE PARTIES - - LEGAL LAWSUIT]**

IN THE INTERVIEW, like they said. WE SAID THAT THEY WILL ANSWER ALL OF YOUR QUESTIONS IN THE INTERVIEW PROCESS DIRECTLY.

It's never true. The plaintiff and creator, drafter of this lawsuit, has personally had more than THREE HUNDRED INTERVIEWS across forty Fortune 100 Companies, and forty Fortune 200 Companies. "I" can tell you, "these fuckers don't work". They get upset when you get in that interview and you want to talk about "how their department is doing work", "how are you guys doing THIS THING", "how are you guys staying ahead of the industry", "how are you guys doing things in this market that your competitor is kinda doin or not doin".

No. It's not that. They ask you, "fuck you questions".

They want to know "why you left your last job", "why are you so unemployed for so long", "why are you applying to this job", "why don't you have this-skill on your resume", "tell me about yourself (*currently the first and only question you get during the interview, top leading question of the interview process)*", "why do you want to work for this company". We'll stop there.

You are involved in an illegal criminal meta-analysis of yourself, which serves as an criminal illegal improper inappropriate background check of which we don't know where the information goes, perhaps "some alien race". They are all "on this shit". Who? The millennials. Those who are born AFTER 1990 and not before.

They are seeking to wipe-out GENERATION-X and all before, those who are born between 1980 and 1989 are Generation X.

They are performing xenophobic war in a racism way. However, they largely treat anyone who is intelligent as a race itself, and as someone to attack. Currently Title VII does not allow for provisions nor mandates to be created or installed upon this free, sovereign country that performs respect to ageism claim nor complaint pending identification of a value, certain year which is forty. This is illegal.

Ageism is bad. It's so bad that they are now attacking themselves. You don't know what it's like when the millennials were all looking through the resumes trying to figure out if you use your cell phone on the job. No, I type on a computer. It's easier and it's quicker.

NO JOB FOR YOU.

Well, I like to use email from an email desktop client. NO JOB FOR YOU.

This was rampant during 2012 to 2016. Afterward, we got a lot of the "tell me about yourself" stuff and it hasn't stopped. We live in a "bait and switch" reality, which is FRAUD. The plaintiff, according to some legal precedence, and some actual standing statute, cannot sue nor form judicial complaint with respect to and actualizing in fraud declaration itself. Okay fine.

I got that. Now, here's what I am going to do. I am not forming complaint alleging FRAUD. I am citing BREACH OF CONTRACT, TORTIOUS INTERFERENCE, CRIMINAL ACTIVITY through FRAUD. Fraud can be cited as the tantamount reason for forming complaint of and through BREACH OF CONTRACT, because the judge is going to ask and America is going to want to know.

[BREACH OF CONTRACT & PROMISSORY ESTOPPEL; TORTIOUS INTERFERENCE AGAINST MULTIPLE PARTIES - - LEGAL LAWSUIT]

Well, you are saying breach of contract and what defense to formation are you citing, or what caused the breach of contract or breach offense? To that, Your Honor, "I" on behalf of The United States of America, and on behalf of The People of The United States of America cite FRAUD as ONE aspect to MATERIAL BREACH behaviors, and as an example of NEGOTIATING IN BAD FAITH routine.

We have a lot of things to go over.

They are performing NEGOTIATING IN BAD FAITH. That's a federal crime. I can cite that all day long. They are performing MATERIAL BREACH of contract through MISREPRESENTATION, CHARLATAN behaviors. Well, that sounds like FRAUD. WELL YOU CAN'T CITE FRAUD DIRECTLY.

I haven't. I said "material breach of contract through ways and means of negotiating in bad faith, extreme misrepresentation and lack of capacity indicating the presence of fraud, and other unconscionable things to address as we move forward".

ANTICIPATORY BREACH is the mode and jurisprudence of these companies and associated individuals. When you are on the phone, "the fucker is looking to hang up on you". That's not conscionable. That's not fair. That's not moral. You say "one thing" wrong and incorrectly, and they hang up on you. That was a job, on the phone. This person had a job that you could potentially compete for. They hang up on you.

Why?

WELL, before we get there, they don't really know how to search for candidates for that job, and basically, they are relying upon DATABASE QUERY strings to produce results and that's unfair as well. How? You are relying upon a little white male faggot or some little squirrel white girl with wasp tendencies, who's trying not to be white trash. You are relying upon some little fucker who's not some complete fucking asshole to type the right thing into the search query database field to produce YOU and YOUR RESUME as a result.

They have to find you, in their CRM ATS system. There is NO ATS.

There are no advanced algorithms and there is no advanced query logic.

The database imports strings from your database into an index table, index series of tables, a term database map, and that resume has words in it and these words are searchable in the same way that you search for an email in your email client, in the same way that you search for a topic on the internet.

That's all the CRM is.

It's nothing more than a database search engine that is dedicated to a particular form set of data, in a paradigm way. Customer Relationship Management Relational DataBase Management System is the technology application software at the core of recruiting. It works pretty well.

The crux of the legal fault of freedom in this confounded undertaking is that "YOU" the person, needs to write and draft a resume where, the person drafting the job description has used the same words, or similar words, or similar meaning that you have installed and dictioned upon your resume. Additionally, the person who is the intermediary, the broker, the talent agent, who is going to handle you like a sports' agent, or sports' talent

[BREACH OF CONTRACT & PROMISSORY ESTOPPEL, TORTIOUS INTERFERENCE AGAINST MULTIPLE PARTIES - - LEGAL LAWSUIT]

scout, needs to type in a query into their CRM database, of which they might refer to as an ATS, Applicant Tracking System.

This recruiter, who is your talent scout agent broker, is looking for an individual for a job. They are using you as a resource. If they present you to a company as a candidate, you should get some money for that. They need to pay you. They don't. You don't receive anything from these people using your resume and your qualifications, things that you have accomplished and achieved, as bartering leverage in deals, reputation building with the company customer client (of theirs), their personal career. Stop.

You are a resource utilized in a transaction scheme and you receive nothing for it. They will argue that THEY receive nothing for it either. This scheme should not exist. Employment should be left to the companies themselves, where they utilize the resources of the internet to perform employment fulfillment. However, you're going to have the same problem.

Human Resources of all companies are the same type of people. They are too fixated on the language within the job description and they don't understand the work involved based upon the letters and phrases that they read within the job description itself.

There is huge LACK OF CAPACITY all of the place. They don't understand the job that they are filling and they are going to fixate on the words in the job description AS IF YOU ARE PHYSICALLY CREATING THE WRONG FUCKING RESUME TO BE A CHARLATAN THAT'S TRYING TO SNEAK THROUGH THE DOOR AND INAPPROPRIATELY GAIN INCOME TO GET A JOB.

They don't understand the words that are on your resume. They don't understand how to screen you. They are going to blame it on the client customer company that as attained and acquired their service. The company is going to shrug their shoulders and say that they didn't do anything wrong because they were being advised by these people the whole entire time, and that's why they hired them and the market needs to fix this problem.

The companies have always known. How? They keep firing people every year due to accusations of and actuality of incompetency, insubordination, reputation harm, unfulfilled requirements, unfulfilled promises, etc, including sabotage.

The companies keep on firing people and when they do it, they cover it up with a reason that isn't real or they make up everything in the world against you, and no one is going to believe that you didn't do it.

## Breach of Contract: Lack of Capacity
### - 3 -

PROMISSORY ESTOPPEL in this case is, you are relying upon the promise of GOOD FAITH and FAIR DEALING upon your IMPLIED CONTRACT to perform and attain business with a recruiting & staffing firm agency.

You are relying upon trust and virtue of these agencies and their constituents when you are answering their questions. YOU ARE ALWAYS ANSWERING QUESTIONS IN GOOD FAITH AND RELYING UPON IMPLIED CONTRACT PROMISE, IMPLIED PROMISE OF FAIR DEALING AT ALL TIMES.

You would not be answering the phone if you didn't think that it was WORTHWHILE, which implies CONSIDERATION. When you answer the phone it is IMPLIED, that this person has COMPETENCY and CAPACITY to perform the conversation in a WORTHWHILE manner to perform NEGOTIATION IN GOOD FAITH process.

This is a contract negotiation. It is obvious to court standing that it is.

To these companies and the defendants it is nothing more than "fulfilling the requirement" of their customer client company who has contracted service with them. Okay, so now, why are you asking all of these questions? From their perspective, it is to fulfill the will and wishes of the client in a worthwhile manner. They are going to make sure that "you" hold up. They need to make sure that "you" aren't telling any lies, that you have CAPACITY and COMPETENCY in these functional areas in your resume. They are making sure that there are no MISTAKES or MISREPRESENTATION in your character profile, that is your resume.

Additionally, everyone is performing psychological testing in their own way. The question "tell me about yourself" is an IMPERATIVE ORDER COMMAND STATEMENT. It is not a question. What happens if you don't? That is NEGOTIATING IN BAD FAITH. In every moment when you are engaged with these people or on the phone with these people, you are under DURESS. They put you in DURESS and keep you there.

The recruiter on the phone represents themselves as a competent evaluator of your potential, possible service. You don't know that they aren't. You don't know that they aren't competent in this expertise area, the area where your occupation is, where your skills are. They aren't skilled. They don't know how to do the job. They don't know if you are misrepresenting yourself or not.

However, they do. They don't truly know, but they do know. They listen for a tone in your voice. They listen to your rate of speech. They listen for your ability to form words and what those words are. They listen for invisible intuitive vibes that they get from you. They listen to how they feel in reverberating feedback way to guess how good you are "in a thing".

They don't know what the words are on the resume. They don't know what the words are on the job description. They only guess. They hire who they personally like and not who deserves the role. They steer results of your evaluation in a silent vote way, like in a blindside on CBS Survivor which I often refer to as Social Survivor because you can't simply survive and make it on the show.

You have to have people protect you, lookout for you.

**[BREACH OF CONTRACT & PROMISSORY ESTOPPEL, TORTIOUS INTERFERENCE AGAINST MULTIPLE PARTIES - - LEGAL LAWSUIT]**

The show is indicative of the social climate and what it's like to work with another person, another group, or a manager. You're not allowed to perform. In the show, CBS Survivor, now, it is completely beyond criminalized to look for an idol. The show makers, seeing this, "decided to make things more fair". They create more rewards and more power. Now, there are identities of power, issues of power looming that's just not the immunity idol. Now, power is "could be more than one thing".

These people, who have taken over society, ARE THESE PEOPLE.

These are the people on Naked and Afraid, and Naked and Afraid XL who SIT and BITCH, the entire time, don't look for food, don't hunt for food, don't forage for food enough, don't reconnaissance to find something to hunt – enough, and when that fucker catches the eel, it's fucking death threats and evil eyes of people wanting to fuck up your shit, or STEAL YOUR BANANAS.

Alternatively, on MTV The Challenge, to not quote a name intentionally, this figure, not intentionally referenced, is one of those people who have failed in attaining championship and more equity revenue of income due to this type of psychology. Why and How?

These cheap little millennial fucktards sit and bitch and moan, and complain about the other competitors, the people who have worked hard for their bodies and their athletic ability and they cheapshot you, in a social way. They alliance against you. They snicker and jeer about you, in all kinds of ways. They talk behind your back, just in the right and wrong way, so that there can be tension built up behind the scenes of the athletic competition, and you are going to lose focus, not be able to concentrate enough, lose a friendship, lose and alliance, and have an alliance targeted against you, or a "house move" be performed and you are getting kicked off of the show. Everyone on the show now, is a loser.

Secretly the CIA and NSA and Federal Reserve are testing Americans in their youth to see what identities and characters they align with and that's why Marvel had the forced superhero disclosure where heroes were forced to unmask-themselves. In the news reports, there are millennial children, citing that "they work for Korea and not Pakistan and they support World Pay in the up and coming lawsuit and they will commit to not wearing masks in the pandemic and they are going to try to stay indoors to keep themselves from getting sick, but they are going to force all of their friends and workers to get sick in the pandemic and it is exceptionalized by workers staying at home telecommuting, but you need to force them to go on-site, THE JOB IS ON-SITE DAY-ONE!".

These are words, that "I", the Plaintiff of this lawsuit see in my email inbox, across several email inboxes for recruitment for technology jobs and professions, THE JOB IS ONSITE DAY ONE.

Where is your CAPACITY to negotiate when you're on the phone with someone who hangs up on you?

Where is your CAPACITY to attempt SUBSTANTIAL PERFORMANCE remedy or SUBSTITUTED PERFORMANCE remedy to this failed contract negotiation attempt, which serves as a contract itself?

Where is your CAPACITY?

Patrice & Associates, on their criminal behalf, "I" am submitting into court evidence ALL of the paperwork, training documentation, business practice documentation, business plan documentation, business process &

[BREACH OF CONTRACT & PROMISSORY ESTOPPEL, TORTIOUS INTERFERENCE AGAINST MULTIPLE PARTIES - - LEGAL LAWSUIT]

procedure paperwork but NONE of the YouTube videos. All of the videos are listed and provided by YouTube private sharing link and the real training videos are privatized.

There's not much business worthy content in the videos themselves, but what you have there is a witchcraft cult practice OF NEGOTIATING IN BAD FAITH PROCEDURES of which she desired to keep semi-private because she is concerned that this intellectual property will help her competitors in the market shape up their business practices.

I know how she thinks. She's a frumpy UK woman who pretends to be American. These private videos...one second...while we check to see if they are still up and active. They are active. She knows that she's being sued by me, but she thinks that "I" destroyed all of the videos and all of the documents because I hate her so much and these documents only show how, they perform their paperwork process. The UK Government knows that and the UK Government showed us that long-ago how to lie to American Business and the American Government.

Yes, they did.

If you just have the paperwork itself. You are going to think that this isolated evidence, is isolated to the business process itself. However, when you see her teaching you how to screen candidates, which is, YOU ARE SAYING ALL OF THIS TO THEM ON THE PHONE, and this is NOT part of some hire process of hiring the individual, at all. This is how you talk to them.

What I am going to copy and paste is the basic questionnaire of how to screen a recruit, job candidate, someone looking for work. You need to read this as the mandatory list of questions that you will mandatorily receive answers from, by the recruit. They cannot get out of these questions with a recruiter. A recruiter, as it happened to the plaintiff, can find you, call you for a job, as it has happened to the plaintiff hundreds of times, start asking you personal questions and if you fail to complicit yourself compliance order manner to a question, they will not put you forward for the job. They will cancel you. They will diminish your viability in the candidate seeking process, as it pertains to the other company looking for "your" service.

Every question, can kill you.

If they ask you "do you do cold calls", here's the situation. Privately reported only through looking for work, sales managers in business, and account managers in recruiting have privately told the plaintiff that they cannot "get" these young millennial people to "get on the phone", "pick up the phone" and dial prospects, whether they are in sales or recruiting. You have people SITTING ON MONEY. These children are SITTING ON THOUSANDS OF DOLLARS of opportunity and Tubels thinks that this shit is complicated.

You talk to a person. Figure out if their credible. Write things down. Do the business process. What you are seeing copied and pasted below is Patrice & Associates mandatory assignment questions to you, or else you do not get through the process. No question asked of you is optional. When they ask you salary information, phrased as "what are your salary requirements", YOU CANNOT REQUIRE NOR MANDATE THAT A BUSINESS PAY YOU A SPECIFIC AMOUNT OF MONEY!!

**[BREACH OF CONTRACT & PROMISSORY ESTOPPEL, TORTIOUS INTERFERENCE AGAINST MULTIPLE PARTIES - - LEGAL LAWSUIT]**

When they ask you for a number, this is where the call can hang up. You feel this coldness in the air. You feel as though, your life is going to be over. You know that things are going to get very bad, in some way that you can't improve or make better. You are going to fail. They ask you for a number, and now you have to hurry up and spit one out.

These questions are a part of a script. Insight Global has a script similar to this but not as involved. When these fuckers hit you with the "provide three references", they criminally mean that everything that just happened was a waste of fucking time because they are throwing you in the dumpster and blacklisting you NOW. They have a digital, archive static blacklist and these fuckers will not call you anymore.

There's always more than one role for you with these companies and they just aren't going to pretend that you qualify for another role.

First, I need to ask you a few questions to make sure I can represent you, then I want to find out about your background and what you're looking for in a new position.  If I think my client company can meet your needs I'll tell you all about it and see if you want to interview.

1. Have you ever worked for … (include the target company you want to submit them to)

   a. Cheesecake Factory    Yes____   No____
   b. Cracker Barrel    Yes____   No____
   c. Olive Garden    Yes ____   No____
   d. Applebee's    Yes ____   No____

2. Can you provide 3 references? – Name/Title/Location/Phone #/Email

   a._____

   b._____

   c._____

3. Have you been working with any other recruiters during your job search? Yes____
   No____   (if YES – find out what companies they discussed with candidate)

4. What companies have you applied to online?
   _____   _____   _____

5. Is your resume publicly posted on the internet?    Yes____   No____   (If Yes ask them to deactivate it for a few weeks while you are working with them.  They have nothing to lose as you are setting up interviews and coaching them for free.  With a click of a button they can reactivate it at any time.)

6. Would you agree to a background check as part of the hiring process?  Yes____
   No____   (If NO – you cannot represent them.)

7. Have you ever been terminated from a job? Yes____   No____   If so, why?
   _____   (you cannot work the candidate if reason is performance, theft or sexual harassment)

8. Do you have a valid driver's license?       Yes____   No____   (required)

9. Do you have at least a HS Diploma or GED?  Yes____   No____   (Name of HS and College even if no degree.  DO NOT ask for years graduated)

[BREACH OF CONTRACT & PROMISSORY ESTOPPEL, TORTIOUS INTERFERENCE AGAINST MULTIPLE PARTIES - - LEGAL LAWSUIT]

1. On a scale of 1 – 10 (10 is highest) how serious are you about getting a new job?
   ____   (If less than a 7 find out what would make them a 10. If not really wanting to make a move for a reason other than money then don't work them. "My client really wants someone anxious to make a move and start in 2 weeks. It sounds like you're pretty comfortable. Should things change please reach out.) As a recruiter you don't want to waste time with a "shopper".

2. What is it you want in a new position that you don't have now?

3. What Salary are you seeking in a new position?   _____

4. Would you be flexible on that salary if it were a great opportunity?   Yes_____
   No____

5. Would you take 2K less (name number) … keep going down until you know their absolute bottom line salary requirement.

If asked "What's the name of the company" OR "What's the salary" … your response - "Here's how we work. First I need to find out about your background and what you're looking for in a new job. If I think you and my client are a match then I'll tell you all about the company, salary, benefits, etc." Then immediately ask the next question.

Each question, requires a page minimum of Propaganda analysis, Psychological Operations' analysis to understand why it's wrong and why it's criminal. How do they approach the question? What is their INTENT?

INTENT is the core of all CIVIL and CRIMINAL jurisdiction preponderance examination of cases. INTENT is everything. When you look up a case issue like financial fraud, or criminal murder, you will find that a lawyer's website is going to have three major considers for a case, EVIDENCE, INTENT, THE LAW. Between EVIDENCE and THE LAW, there is INTENT.

What is INTENT?

Millennials don't understand that shit. They pretend not to, like black women who receive mind control HAARP assistance from Korea and Canada to always confuse their victim in conversation. They are always going to hit you with some conversation that you don't particularly understand and are confused about. The HAARP UK mind control controls you into the moment and you can't think of anything else to say unless you are schooled on that material, subject matter, type of moment in action. You can't say anything often without yourself being already familiar, almost professionally familiar, in the way of, or that, you have repetitions performed in getting these types of events accomplished, achieved, or resulted.

You can't say anything in an interview because you don't know what they are asking. If you find that you can talk a lot in an interview or a subject matter on the job, more than likely you have been blacklisted by this system. Trump and Biden, Pelosi and someone else have configured a mind control system that makes it so that only stupid fucking moronic people can get jobs and work.

People like the plaintiff don't get work unless they let you out and stop testing and evaluating you.

Some people are working. Some people are starving while working, trying to do better but they don't know how.

**[BREACH OF CONTRACT & PROMISSORY ESTOPPEL, TORTIOUS INTERFERENCE AGAINST MULTIPLE PARTIES -- LEGAL LAWSUIT]**

No one is supposed to go with this shit and fuck over a person because they are not answering your personal questions. You don't have CAPACITY to pass the interview because they are receiving mind control help through HAARP.

### NEW CANDIDATE PROCESS – FLOW CHART

| | |
|---|---|
| **Definition of a workable "A" candidate:**<br><br>If **UNEMPLOYED**<br><br>Must complete reference from most recent supervisor! | 1. Candidate still employed?  Or unemployed less than 3-4 months with otherwise great resume!<br>2. Tenure: No more than 2 jobs in 5 years or 3 jobs in 9 years<br>3. Candidate works for a direct competitor (Like Concept) of client. If company is unknown, resume should read strong - No mom and pops, hotel, casino or country club unless JDS specifically asks for<br>4. Clients look for <u>career progression</u> and <u>stability</u><br>5. Candidate holds the same title as required by the job – and similar sales volume experience.<br>6. Candidates salary seeking is within the correct salary ranges. Too high or too low is not good<br>7. Candidate must be a "salaried" manager. Minimum 2-3 years (salaried):<br>   ✓ Limited gaps in tenure employment. Anything over 4 months is a legitimate concern<br>   ✓ Candidates open to relocation are more easily marketable, so they are prime candidates.<br>   • In particular, Multi Unit Managers, GM's, Assistant General Managers and Kitchen Managers |
| **BIG BILLER COLOR KEY: "BB ACTIVITIES ON PLANNER" "BB EMAIL TEMPLATES" JDS & CDS ATTACHMENTS** | |
| **Initial Screening:**<br><br><u>Do Not</u> ask Age or discuss w/candidate confidential specific criteria provided to us on the JDS. | 1. "Add" candidate **if not already in Big Biller – Check for Duplicates by** <u>last name, first name, email</u><br>2. Put in State Hotlist. Add activity for "phone screen" or "1st – 4th call to candidates" Call 3x's a day!<br>3. Send "Ad Response" email – don't forget to reattach your signature.<br>4. If unreachable after 4th day, schedule "2nd Email" for 1 week out before giving up. Call <u>All</u> numbers!<br>5. If reachable, screen candidate **based upon JDS criteria**<br>6. If non workable, Send <u>"Rejection Email"</u> email– remove from Hot List<br>7. If workable candidate, prepare resume for submission. Document ALL communication, Set Follow- |
| **Workable Candidate:** | 1. Send "Welcome to P&A Email" to candidate – <u>Mail Note Card and Business Cards</u><br>2. Make sure their resume is not on line – Send "Deactivate Resume" email if it is<br>3. Complete resume, Attach as the Default resume, Do "Submission to Manager", by selecting <u>"Email Default Resume"</u> send email to Account Manager. (**Do not** attach the JDS or CDS to email)<br>4. Set daily "follow up" activities w/ "Keep Warm" in subject to touch base with candidate<br>5. If resume is <u>Sent to the client</u>, Recruiters complete "Sent Resume" activity in BB (Attach JDS & CDS) - recruiter's for Franchisees record <u>sent activity</u> in your franchisees name only.<br>6. Send candidate "Submitted Resume Email" with company information and game plan.<br>7. Set daily "follow up" activities to "Keep Warm" candidates and for every 3 business days to "Check In" with clients until interview is set or resume passed on.<br>8. **If rejected by client**, tell candidate, "Client is moving in another direction", send <u>"Rejection Email #2</u> |
| **Schedule Interviews and Candidate Preparation:** | 1. Once interview is set, create an "interview face to face w/client" or "interview phone w/client" activity in BB, whichever applies – set reminder for 90-120 minutes before to make sure on their way.<br>2. Schedule and create a "call-prep for interview" activity 1-2 days prior to actual interview<br>3. Email candidate either the "Prep– Phone Interview" or "Prep– Face to Face" prior to the scheduled call for review Attach a copy of the <u>"default resume"</u> and appropriate <u>"prep material"</u> to email.<br>4. Set up a "debrief" activity for after the interview. Document notes on word doc for future use.<br>5. Set up a "follow up" two days after to reconnect with the client and candidate<br>6. Set up additional "follow up" to keep candidate warm. Check in daily to avoid fall offs.<br>7. If rejected and nothing else to present to. let candidate know by phone & send <u>"Rejection Email #2</u> |
| **Offers and Rejections:**<br>NEVER DEVULGE Confidential information given to us by client!! | 1. If offer extended, create "offer extended" activity, **attach** same JDS &CDS as sent resume activity<br>2. Set "follow ups" to stay in contact with candidate<br>3. If offer accepted, create "offer accepted" activity (Attach JDS & CDS)<br>4. Send P&A Congratulations Card with business cards<br>5. Set "follow up" activities to call candidate weekly through guarantee period<br>6. If offer rejected or candidate removed from process, create "rejected" activity (Attach JDS & CDS) put notes in BB as to what happened and send <u>"Rejection_Email #2"</u> |
| **Testimonials & Training** | 1. Send the <u>Congratulations Card</u> and perhaps a small congratulations gift<br>2. Ask for a testimonial, recommendation on LinkedIn / Facebook and / or referrals!!!<br>3. Stay in touch through training – set weekly "follow–up" activities in BB – through guarantee period |

Anyone who has been through the process of a recruiter that is anything similar to this doesn't like it. They sometimes don't know why they didn't like. They know that questions like this are invasive. They don't know why it's wrong. In fact, they can color any of these questions as part and parcel to the business process and accuse these questions as being "immaterial" and they "just" ask the questions because clients tend to ask

[BREACH OF CONTRACT & PROMISSORY ESTOPPEL, TORTIOUS INTERFERENCE AGAINST MULTIPLE PARTIES - - LEGAL LAWSUIT]

questions and clients tend to hire those candidates of which much and more information can be presented. Clients are also guilty of this. If there is manager of a department, looking to hire someone, they will do these same things. When you reach a manager, and you get this "tell me about yourself" as the first fucking thing that they say to you, without explaining the job, explaining their role in the company, explaining their history within the company and the history of the position – why is the position open or created, how this position works within the team or the department, what skills are required by the position, and then a skill evaluation of yourself which may include "how you did this, this thing that's on your resume", "how would you do this task over here in this new job with these resources that we have that I will explain to you now", "how you have previously worked with team members on group assignments, projects, and tasks", "do you do documentation of any sort or business analysis with report output to – the same", "have you ever fulfilled managerial level requirements or requirements, tasks, or functions for upper-management or someone who is above your manager's level if you don't know what upper-management is".

Okay, so now, THIS is an interview.

It's very basic. So when you basically, get to a manager who is the manager of the department and this fucker goes with ANY ONE of these personal questions, you are NOT getting that job. They are going to hire someone else. The position is on hold. They are still waiting for human resources to get back to them. There is a big block mind control that keeps you from understanding what it is someone else's position. You can't conceive of really what a job is. It's literally, do this one small thing, now tell it to someone else.

It's akin to a version of the telephone game where you actually do whack a mole or play Donkey Kong first and then tell a person what you did.

That is all a job is. Some require different skills to learn than others. Some require specialization and other things like training, but largely, no job, except … well nevermind. The jobs that pay the most require some sort of years of study, years of specialization result accomplishment achievement in the occupation that is credible and worthwhile.

It's not easy to move from industry to industry but it is. If someone knows what they are doing as manager, they can just take you into the job, and give you the task. They can show you that "it's not a lot of work", "you just have to do these things like this and pay attention to these things". USA Suits, a television show, shows you how the law works through a lot of fanfare and satire situations. CBS The Good Wife, shows you the law and legal process and as the law and legal process integrates with business inclusive to the law industry and exclusive, pertaining to clients, much like USA Suits and CBS Bull depict.

CBS Bull demonstrates how hard trial or litigation can be, including aspects to trial or "the case" that are problematic due to how real life works out. Some judges, and some legal "professionals" like Ben Shapiro of The Daily Wire are confused on the issue of evidence, conspiracy, and collusion.

They don't understand, with their own "capacity" of legal law understanding that there is no evidence, often, in collusion and conspiracy. They "move" in a certain direction. They don't talk. They don't text. When a team is interviewing you, they may only ask hard questions.

Well, what's a hard question? Here are some easy questions taken from Patrice & Associates.

7132132.1.35

[BREACH OF CONTRACT & PROMISSORY ESTOPPEL, TORTIOUS INTERFERENCE AGAINST MULTIPLE PARTIES - - LEGAL LAWSUIT]

## PHONE SCREEN TO INTERVIEW – CANDIDATE FLOW

### Phone Screen

| Qualify your Candidate: If unemployed – Reference Check – from immediate supervisor is required. Log on RDS and Attach form. | ALL CANDIDATES MUST BE CHECKED IN BIG BILLER FOR DUPLICATES SEARCH BY: LAST NAME, FIRST NAME AND EMAIL ADDRESS BEFORE ADDING A CANDIDATE | |
|---|---|---|
| | 1. **Representation** - Have they interviewed with, worked for or applied to your client company? | ☐ |
| | 2. Get References or Referrals – This is for warm calls OR to Qualify an unemployed candidate. | |
| | 3. **Agency Issues** - Are they working with or have they sent their resume to another agency? <br> a. When did they speak with that person? <br> b. What companies did they name drop? | |
| | 4. **Salaried Mgr.** – *How long have they been a salaried manager?* Do they have two years salaried experience in a like concept, chain experience? (JDS may say more than 2 is required) | |
| | 5. <u>Knock Out Questions:</u> <br> a. Education: College Degree, High School Diploma or GED? <br> b. Terminations? *(only recently applies)* <br> c. Agrees to a Background Check at time of Hire? <br> d. Current Valid Driver's License? (managers) <br> e. Reliable Transportation? (hourly) <br> f. Completed Reference Check? (Unemployed candidates) <br> g. Current Employment Verified? (Employed candidates) <br> h. 2 Years of Salaried Experience? | |
| | 6. **Money Piece** <br> a. What are their minimum salary requirements? Is this in the range of the job order? | |
| | 7. Training Issues - Can they leave town for whatever is required of your client company | |
| | 8. Gauge Interest – Talk to them about different concepts. See where their interests lie <br> If a good fit and interest is there…go to the resume to fine tune. | |

### Building the Resume & Cover letter

| Verify Wk # | 1. Make sure you have their **WORK NUMBER** – you will call to verify they work there. Log as "Reference Check" in BB, type in verified employment. If unemployed, Reference Check required, must also be logged and sheet attached to RDS. | ☐ |
|---|---|---|
| Verify Personal #'s | 2. Make sure their personal contact information is correct and that you have all possible numbers and email addresses available to reach them. | ☐ |
| Verify Work Experience & Progression | 3. **DETAILED REVIEW:** Fine tune each job history by adding in only what you need: (don't reinvent) <br> a. Months and Dates for each job <br> b. Annual Sales Volume: $ Million <br> c. Hired on as _____ <br> d. Promoted to _____ in (time frame or month and year) <br> e. Detail accomplishments, awards, etc <br>  i. Note strengths like: Store Opener, Troubleshooter, Training Store, Reduced Food Costs, Labor Costs, Increased Sales, Reduced Staff Turnover. <br> e. (Reason for leaving:  ) | ☐ |
| Get Their Schedule | 4. Verify you have their schedule for as far out as they have it. Know the best time to reach them. This allows you to lock them into an interview without calling them back. | ☐ |
| Write Cover Letter | 5. Short and Sweet and To the Point! Make sure it is written to highlight specifically what would be of interest to the specific client company you are sending them to. Address reference check if unemployed | ☐ |

### Important Interview Process - *Communication*

| Tracking Progress | **Make Sure Candidate has been recently to a Unit or is going quickly!** <br> Document everything in Big Biller – Check your work – Review the RDS files – Look for <br> 1. Completed Submission to Manager Activity – No JDS or CDS attached <br> 2. Submittal Email sent to candidate –Daily Follow up calls set to keep warm till interview. <br> 3. If approved Create Sent Resume Activity w/JDS & CDS attached, if Not – send Rejection Email #2 <br> 4. Prep Material Sent and Interview Prep Call scheduled not more than 2 days prior to interview <br> 5. Interview is set on BB with a reminder for 2+ hours prior when possible <br> 6. Debrief is set for after the interview & Follow-ups are set for any next steps in process. | ☐ |
|---|---|---|

This is a very detailed list. Largely, all of this was created because hiring managers and the companies that they represent, ASK, these questions of you, "will they take the position the salary is "this and this" compared to their previous compensation", "we had a problem with a previous working not making the commute on time, now, will they drive to work okay or *is there an issue*", "I'm concerned that this person doesn't enough of this XYZ experience, check with them again on that matter, I will keep the role open pending results", "do they know how to work within a large team", "this is a corporate environment, we don't know if they understand culture at this level".

**Patrice & Associates**
Reach For It.

*Candidate Requirements Checklist*

**KNOCKOUTS**
*Keep these points in mind when doing the Initial Call*

- Verify they have not been submitted to the target Client Company(s) in the past 12 months
- Verify they have never worked for the target Client Company
- Complete a Reference Check on <u>all unemployed candidates</u> (speak with recent direct supervisor)
- <u>Verify Employment</u>: Call current job to confirm candidate is employed where stated (be discreet)
- No more than 2 jobs in 5 years OR 3 jobs in 7 years
- Current corporate chain restaurant experience (limited time only at independents or Mom & Pops)
- <u>2 Years Salaried Experience required</u> – Prefer most recent experience is restaurant management
- No terminations for Violence, Theft, Insubordination on employment record
- <u>Agrees to a background check at the time of an offer</u>
- High School <u>Education</u> – Diploma or GED, both okay
- Valid <u>Driver's License</u> (Manager) or reliable transportation (hourly)
- <u>Money Piece</u> - What are your minimum salary requirements? Is this in the range of the job order?

- Job description is a match – holds <u>same position / title</u> as job order.
- <u>Training requirements</u> are not an issue. No Scheduling Restrictions.
- Can easily be understood in English
- Can provide specific detailed accomplishments about his / her work experience

**Step 4.  Submit Candidates**

**Must be attached to every Submission to Manager email and to the RDS**

_____ Candidate matches ALL criteria as outlined on the JDS

_____ Candidate has required tenure (no more than 2 jobs in 5 years or 3 in 9 yrs)

_____ Candidate works for a direct competitor (Like Concept) of client.  If company is unknown, resume should read strong - No mom and pops, hotel, casino or country club unless JDS specifically asks for it.

_____ Candidate shows career progression. Not in same job for 20 years or an assistant for 10 years and never promoted.

_____ Candidate holds same title as required by the job and similar sales volume experience.

_____ Candidate is currently with the salary range of the job.  Too high or too low is not good.

_____ Candidate has a minimum of 2 years salaried management experience with no unexplained gaps in employment.

© 2019 Patrice & Associates, Inc.

When you see a question, you don't know how they treat the question. When you see this "two years of salaried experience", they will ask you on the phone, "IS THIS A SALARIED POSITION, THIS ONE ON YOUR RESUME", and they will ask you about the previous position or some other position. They will ask you about the position and before you speak, they will say "IS THIS A SALARIED POSITION OR DID YOU GET PAID *HOURLY*". There is a certain style in that these questions are asked that are offensive and condescending.

Ben Shapiro isn't going to know if YOU personally are making things up or not. A judge isn't going to know that when you sue for "negotiating in bad faith" whether or not, the person really was being condescending or if you are being sensitive in some way.

- 17 -

[BREACH OF CONTRACT & PROMISSORY ESTOPPEL, TORTIOUS INTERFERENCE AGAINST MULTIPLE PARTIES - - LEGAL LAWSUIT]

They don't like it when you get paid hourly and if you are paid salary, then basically they may perceive you to be a snooty person who "doesn't know how to work a real job", "someone who is high end and doesn't like doing real work", "they just pay you to sit around all day". The mindset of a black woman is used in this mind control and that's why the millennials all act like little black girls that hate people with money as if "you're not being LEGIT enough".

They don't really know what ghetto is, but they assume whatever ghetto'ism that they prefer as part of their demeanor and compunction "to keep it real". There is some black girl in charge of all of the mind control and she is the one putting all of these ugly black people on television and all of the advertisements and all of the damn corporate imaging on websites, just has to have one black person in the damn thing and the fucker is always showing their teeth. She got that ugly fucked up thing to be in ghosbusters and that other weird looking thingmonster to be in the bond movie.

It's some weird fucking thing, where they believe that you are asking to be operated by a black woman with the way that you are making your choices and they think that you are evil, but they really hate evil people like me who want to work for a living. The number of homes in this country doesn't make sense. You can't figure out, why there are so many houses with people in them who receive normal garbage collection, where there are no jobs for them to commute to, to support such a high standing of housing.

It makes no sense.

Everyone is on secret money from China and Korea to ruin America and it starts in the home with someone trying to infect the walls by having bad habits like coughing, burping, belching, farting, breathing, breathing loudly, chemical warfare by cooking food badly, yelling at you as if you're a stupid bitch for cleaning the home, being annoyed that you are trying to work on a job. The government is going to secretly kill all of the black people in this country and I can't wait for the day.

Then, all of the smart people in the country are going to have a chance to have jobs. But we need to do jobs well, otherwise all of this will be recreated again. This problem where someone has a malformed sense of agency, bad sentience, malicious locus of control disorder issue, where they want to cancel something or "say no" to something because they can, for some non-material, immaterial reason.

IMMATERIAL is the word in contracting, but the fucking shit is so bad, it is NON-MATERIAL all over the place. The shit has no bearing, no critical leverage, no meaningful influence on how you do the actual fucking job, BUT THAT'S ALL THE FUCKER IS CONCERNED ABOUT. They are analyzing Nancy Pelosi and Michelle Obama's psychology, psychological mindset, psyche as they are performing every action as a black woman does because they hate men and these women don't want to perform their jobs, because they want to "sit there" and get paid while everything goes to shit, laugh about everything, and criticize all of you for not doing better when they construct all of these barriers and machinations upon you and you don't even understand how to do anything right or well on the job because they hide, destroy the documentation and they will not form th documentation that is supposed to be the instructions for you to do work. They will not simply tell you how to do the job, but they want to criticize you in your perform, on every non-thing that you don't do, then every non-thing that you do, do.

[BREACH OF CONTRACT & PROMISSORY ESTOPPEL, TORTIOUS INTERFERENCE AGAINST MULTIPLE PARTIES - - LEGAL LAWSUIT]

They will make showing up to an interview on time an issue. Why is that? Well, you showed up here with your suit and tie on, you think you are somebody.

Everything good is bad to these people. Work It Daily, aka JT Donnelly, has a YouTube channel that is dedicated to get you hired to that job, and they secretly poison your mind against basic shit, like writing an honest resume. At some point, "we" as Americans found out and surmised without any evidence, that all of these people are getting their jobs by copying the fucking job description and re-applying with a different email address.

The recruiters find people with completely copied job descriptions in their resumes. You need to watch a company, and when the job is posted, copy it to your resume real quick and then wait for a phone call.

You can do it. Many have.

They don't understand how conspiracies work. They think that "there is all of this evidence" on documents and things. The impeachment is your example. They impeached a sitting president who has done nothing wrong and they are still trying to convict the motherfucker of something. If you don't kill these people, then this is what you get. You have to kill the criminal.

They are ending lives with this. This is why there are criminal charges, criminal allegations, criminal accusations at the top of this legal brief. They are charged with murdering the lives of Americans all across the world. Someone, with this fucking attitude is going to fire you.

They are going to fire you like this fucker who gave me the job from National Write Your Congressman, and all of these multiple fucking interviews and phone calls, and never sends me the fucking iPad nor the credentials to log into the CRM to start the job. I was supposed to start the job. What I find out is that this person, wants to train me some more. I already had a bullshit job failure with Tubels and Patrice & Associates through these people, creating some mandated business process where the franchisee owners are instructed to starve the recruiters by making you only work one job fulfillment at a time, and not even two. You start off only with one job.

There are THIRTEEN THOUSAND open jobs listed in their CRM. They all can't be open. In a YouTube video Patrice tells you, find a way to "scroll to the top" and sort and filter your search results to the recently modified content. I did that.

There are plenty of jobs open. They have a open trough feeding frenzy model. The job is posted in the CRM and the franchisee owners don't know. Some of them do know through private email notification, like someone assigning you an Information Technology Ticket in a ticketing system like BMC Remedy. It is a manual process. She gets the jobs manually and she doesn't inform all of the franchisee owners when they have jobs and work to perform in fulfilling a job role for a company business client.

The recruiters don't get paid until the client pays the corporate company of Patrice & Associates global. You are supposed to "career coach" this person, in the ways that are suggested within the documents submitted to the court. You are supposed to prepare them for the interview, and to do that, you are going to get advice from the internet, who have people posting materials who think like this.

**[BREACH OF CONTRACT & PROMISSORY ESTOPPEL, TORTIOUS INTERFERENCE AGAINST MULTIPLE PARTIES -- LEGAL LAWSUIT]**

The same people who think that you can't pursue a job if it's more money give the advice on the internet. They think that you always are supposed to be growing in your profession, especially on your resume from job to job, and within the time that you have on the job, "you should always be doing more accomplishments".

They think that when your resume doesn't read like a story where you started off in shit and then got better, and got better, then you are just wasting their fucking time and need to die. You need to fucking die. They aren't going to select you for a phone call. So, additionally, some of the vitriol, hatred, and disgust proffered forth by the recruiters to many people who accepted these calls, is caused by them, going through shit-candidates, millennials like themselves, who are rude, who are fickle, who don't want to talk on the phone, who don't want to talk about what they do on the job (largely because they don't work), and want to be mean to someone on the phone because they want something and they don't care.

THEY don't care, so they are mean to them, and sometimes it's happening in both directions.

At some point, some fucker might call you and you're regular and polite and then the fucking nitwit has a compunction issue and they don't know how NOT TO HATE YOU.

This shit is bad. You can't deal with UK people.

They are here working in jobs and they think that they need to thin the jobs out because they can't save this country because we work too hard. The mind control is slowing you down in work. It takes you forever to fill out a form. You can't write a lawsuit.

You can't think of all of the bad things done to you to tell to a lawyer. You have to figure out how, to keep your job, and if you need to leave because things are getting too hostile because of this attitude and psychology, you may find it to be impossible because no one calls you. Right now, we are in the season of no one calling anyone. You need to go to some recruiter company website and scan all the jobs and look at the open date. You're literally going to have to go to a recruiting site and sit on it.

How do you explain a career problem to a lawyer? It's hard. You have no CAPACITY to uphold your rights as a citizen. Your rights are violated all day long and there's nothing to do about it but kill a motherfucker. No one at the job is going to help you. Human Resources might pretend to help you, and they get rid of you. Often, they look at evidence of stuff, and read it wrong against you. They will read the facts wrong against you and make you think that you're an evil person or that you aren't worthy of your claim.

IF you have an employment issue, you need to have evidence. But what is evidence? I have been employed. I can tell you, that there is no evidence of conspiracies or collusions or conspiracy to commit fraud. You have to look between the lines to understand this. They have recruiters who don't know what the job is. They don't negotiate with you on the phone. There is no CAPACITY for you to perform negotiation.

They mandate answers to immaterial questions or they close the process, prematurely terminating the contract, prematurely discharging the contract negotiation process. You cannot collect evidence when they close the process early.

There's nothing for you to do.

**[BREACH OF CONTRACT & PROMISSORY ESTOPPEL, TORTIOUS INTERFERENCE AGAINST MULTIPLE PARTIES – - LEGAL LAWSUIT]**

You can't win if they don't participate. If you are trying to call a lawyer, you have to describe the flow of business as if you were creating a flowchart, and you may need to make one. You need to describe good business and bad business on a separate flow chart. Why is any of this wrong?

Someone is going to say "well it's all morally wrong but it's up to the company to choose who they want to hire and everyone has their own business process". This is quoted from Ben Shapiro on one of his The Daily Wire show responses to a viewer. It's all morally wrong, but…and then no participating, no cooperation.

Why is this illegal? You cannot perform NEGOTIATING IN BAD FAITH.

Hire who you want, but hire someone qualified for the role, and you need COMPETENCY and CAPACITY in the performance of your service or you are performing MISREPRESENTATION, NONDISCLOSURE, DURESS, UNDUE INFLUENCE, UNCONSCIONABILITY, FRAUD, & ILLEGAL CONTRACTS.

You are performing lots of things if you are not competent for the job that you are performing. The contract is in breach if you MATERIALLY do not have CAPACITY to perform the service. Ben Shapiro understands that, but all Ben Shapiro can say is "THIS IS BREACH OF CONTRACT, THIS IS BREACH OF CONTRACT". Someone writes in and says "I saw you say that last week, but what's the contract". Ben Shapiro says "Look here, James Torre or whoever you are from USSOCOM and not USCENTCOM, I am reading my words, I am reading my words, All I know is that, I don't know and I flunked out of that in Law School".

Lawyers have a morality issue and so do Human Resources people and so does anyone in an authority position. They keep desiring to be the person that does the thing, to lead people to the promise land. They think that they need to make the decision and advise you against your incorrection.

They like to make swift quick judgements and not read a lot of information because they think that's professional. They think "well if I don't need to read and access all of that information then why would I". Okay, sure, if you don't need the information but how can you make that determination until and after you have COMPETENTLY, INTELLIGENTLY, read the information itself and integrated it morally and ethically, as well.

How do you know?

They think that they don't need to know what's on your resume. They think that they don't need to know who you are as an occupational person thing apparatus that does work. They think they don't need to hear you speak. They think that the resume tells the tale. However they think that your resume is a fucking lie.

They are in conflict with themselves.

These fuckers BELIEVE a fucking resume, UPON INFORMATION AND BELIEF.

And they are salty when you lie to them or let them down. They think that your resume is crafted in the way that you were sweating blood, night after night, and these are ALL of the words that you came up with, ONLY the words that you could EVER ONLY come up with.

They think, that they need to sniff out lies about you in conversation. ISN'T THAT NEGOTIATING IN BAD FAITH?

[BREACH OF CONTRACT & PROMISSORY ESTOPPEL, TORTIOUS INTERFERENCE AGAINST MULTIPLE PARTIES - - LEGAL LAWSUIT]

Well, lemme tell you, they need to do this for the client because people lie on their resume. Well, you are supposed to talk to the person and basically interview them and figure out their skills. WELL, no one ain't got no time for that, we got all these positions to fill. Well, how are you going to find the right person for the job? Well, that's up to the client after we present the people to them.

This is how black women operate. This is how black women think. This is what the millennials have been doing with their mouth breathing shit and not wearing masks.

I don't know what USSOCOM has to do with this, but they made me type all of that stuff. You are going to be trying to work and someone is going to NOT ask you anything about how you actually use your skills. They might ask you ABOUT your skills as in, if you have them, or are you comfortable with stuff, or do you really do this one thing. What's that one thing? Anything that this fucker asks you about is completely crucial to this conversation moving forward.

They have a belief that you need to be TARGETED in your job search. You can find, all of the YouTube videos still there. They are so morally inept, that they think that this is good advice. They think that this is well sorted career guidance. They think that when you are not following this advice, then you are stupid, and they don't call you.

They only call you when they want to talk to you.

It's getting harder out there. You're not going to understand GOOD FAITH completely, but that generally means that they are supposed to work with you to get the deal closed or to remediate any problem that comes up, while help you identify problems that could be problematic WHILE NOT HOLDING THEM AGAINST YOU and then working with you to get the deal closed as best they can.

Women don't understand this shit.

They are litmus thinkers.

When there is a small blip of an INDICATOR OF COMPROMISE on any fucking non-declared issue, they are shutting off the resource, and closing things off. It's not negotiating in bad faith, per se, because they don't negotiate. They hang up on you. THIS is where the clients and companies are going to be confused after their lawyers read this. They are going to say "okay, so this guy say that you guys are doing negotiating in bad faith, now, just tell us where are your good faith business practices are and what are you doing". Well, here's what they are going to do.

They are going to print and submit their business policy, practices, and procedures to them as if that answers the question. As in, these documents explain what we do. Well, here's the thing, you fucking liar. HOW DO YOU TRAIN YOUR PEOPLE, is going to be my follow up cross-examination question, because most lawyers will fall for this shit and then think that I'm some stupid nigger with a keyboard that watched Boyz N'The Hood WRONG!!

No no, I am in here watching Menace II Society again and I think I want to watch Poetic Justice, one more time, JUST ONE MORE TIME. Gonna watch Space Jam before bed.

[BREACH OF CONTRACT & PROMISSORY ESTOPPEL, TORTIOUS INTERFERENCE AGAINST MULTIPLE PARTIES - - LEGAL LAWSUIT]

Do they actually follow those documents that they submitted to you and have you checked this through performing illegal private investigation of the company? This is a judge question. Any smart judge will ask you this.

Then you might say, as their lawyer, "well, we performed legal reconnaissance in an OSINT way, but beyond that we have infiltrated the company and posed as a recruit, nor put resumes on the internet for roles they just opened, nor manipulated their business processes, from the top, where we put in our recruit double-agent imposter-recruit to go through their business process". This is how you are supposed to evaluate the business client.

You're supposed to get Kalinda, to pose on in there as some fucking secretary looking for work and she's skilled enough to lie like this Plaintiff for job role purposes. Kalinda is supposed to try to get the job, and that's it. Now, she's more professional than anyone and that should be clear as mud to any fucking millennial, who's not hitting on her, but you won't hire her. They're going to see "well, I don't see where you have professional experience in this area" and other things.

You're supposed to get some upper management person to insert a plant, in their business process, where the account manager feeds the resume to the recruiter and then eventually, you have the same account manager review the person and send them off to the client, but these people do not see skilled personnel when you actually send them professional, occupationally worthwhile personnel.

They don't see it.

They do these meta-analysis arguments, about the skills, like gap in the employment, too many years on the resume, skills too confusing on the resume, resume doesn't read like a progression story, too long in one position, not looking for advancement or promotion obviously due to the length of time in any position. There are things here, where even in Patrice & Associates training YouTube videos. I can post links for all of the videos and their transcriptions. It's going to take a while to get all of that evidence together, but I can do it alone.

Patrice of Patrice & Associates, coaches on the deliberate style of antagonism that is UK famous for breaking down diplomacy. They cause errors in every business process because "they are stuck on a thing". They are not honest about their intentions. So when you think about INTENT and you are forcibly mandating that these immaterial questions are answered or you are disengaging in the process, this is showing you what it's like to work with a woman or what it's like to work with a faggot.

It's the same thing. They are stuck on some stupid, non-thing, and they might not tell you. You don't have a capacity to negotiate to even get some evidence to prove NEGOTIATING IN BAD FAITH.

Now, how do you get a lawyer?

## Breach of Contract: Anticipatory Breach
## - 4 -

I have been describing ANTICIPATORY BREACH in the last section while helping you understand LACK OF CAPACITY from some non-usually-explored angles. LACK OF CAPACITY exists when some junior fucker who has never worked the job, is on the job with you, criticizing your every move, directly to the manager, and not to your face, and now you have a shitty performance review or no performance review.

How'd we get there?

Your manager is in the same GOOD FAITH, BAD FAITH situation.

They are not being a GOOD FAITH employee with you. What's the ORDER OF PERFORMANCE here? You're supposed to be able to have "the conversation". Well they don't want to. They don't want to talk to you because you are more competent in this area than they are. There are old psychological style case studies of millennial recruiters, that are somewhere on the internet, that explain that they HATE professional Experienced Workers, Qualified Workers because they have experience and they hate giving them the chance to get all of this money while recruiters make such little money.

Recruiter pay is up, except with Patrice & Associates who doesn't pay you at all. You are working for about three months without pay before you quit the job. You can't even last half a year. They don't pay you a damn thing. Like all of the insurance companies, most of the payment processor companies, this job is commission only.

They have constructed a system where you will feel and find that it is undesirable to remain employed in the job. You will quit the job. They won't allow you to eat. You can't do the job. They want you to trickle in the winnings in a way and manner that they desire and that's it.

Don't do anything else but this one thing. You can only work "this much" of the job and NO MORE THAN THAT. Judges say that's ANTICIPATORY BREACH. They are provoking you to assault. They are creating a fictitious reason for you to become unemployed and this will be grounds for assault against your employment and assault against your career. They are making you homeless and unemployed so that they can criminally assault you.

Why would they do that?

They hate smart people. They hate smart. They want to hurt smart. They treat smart intelligent people as their own race. Patrice & Associates is showing you how smart you are not. They are demonstrating to you that you're not so smart that you can defeat these tactics. You're right. They cannot be defeated. What's the problem?

The UK government wanted to prove it anyway.

No one needed it proved. They wanted to perform harm and damage upon American lives. Well, that's what you get in employment if you pass this level of the test.

You have to get a job, and once you get a job, then you can figure out how to do that job with all of this attacking you. This is why no one watches House of Cards. This is how bad things are. The CNBC show, called The Profit, demonstrates to you visibly what is going on within business all across America. As you watch the show, you will see, from season to season, it's the same sort of business problems.

This is loosely, not completely described in a latter season that is purely a wrap up, catch up season. People spend money inappropriately which is fraud and theft. They damage the business by damaging the business resources. At some point, they have the power the fix it, and these issues if any of this is MISTAKE from a CONSCIONABILITY stand point, they turn it into a self CONSPIRACY OF FRAUD, self CONSPIRACY OF SILENCE, and beyond that, they don't allow workers in the business.

They don't allow the workers that work within the business to fix these issues. They allow the business to become completely destroyed, beyond in debt, employees fired, terminated, and laid off. They don't give a shit. There is something with the UK mind control people in GCHQ and these Korean mind control people of MI5 and other intelligence organizations like the US's geo-spatial and FBI where they keep on thinking and keep on believe that "they're just gonna turn the corner", "they're gonna make it around the corner, just yet, keep supplying them with resources, they are going to make it". In the meantime, you're fired, homeless, no job, about to die, and some evil fucking young millennial faggot shit has your job.

They get you fired. The manager makes things horrible maybe on accident, but keeps them horrible on purpose.

You can't do your job, and remedy these problems. This is an example of remedying a problem, to remediate something.

There's a gap in the job, and you do something about it. The store is not cleaned. You clean the store. There's not enough alcohol on the shelf, and thus you order more. The vendor calls and keeps asking for payment, and you try to pay them or you pay them with company funds, or company money. The manager can't figure out the inventory, you figure it out. The manager can't manage the workload and so you do things to get it all accomplished.

You do the things required to get the place working in certain areas. Well, in all of these CNBC The Profit stories, you can't figure out why, the manager is being an asshole and hurting workers physically, or not allowing them to do their job and serve customers or serve the business. This is how America was formed. People left to form the colonies and that became America, because people in the UK kept doing all of this stuff to businesses, families themselves, and people, including teachers upon students and students upon teachers.

It's all the same thing.

You do something seemingly small and blame the person for the result that you do.

You keep doing horrible things to a person and they are supposed to somehow help you fix your behavior by apologizing to you first.

It's your fault that your resume is wrong. It is an impossible system. They are forming ANTICIPATORY BREACH through the ideas that they get through the mind control. Some people reading this are going to wonder "well,

how is it that, all of the millennials in recruiting, all go over the same information or candidates in the same way, it is clearly unprofessional?". Right, you are correct. But they don't see it that way. They see the APPEAL TO AUTHORITY which is an OBJECTIONAL CONSIDERATION in court. You can object on grounds of APPEAL TO AUTHORITY. You can object to STRAW MAN, RED HERRING ATTACK. You can object to a person being a hypocrit.

Are any of these things, on the lists that I provided MATERIAL BREACH offenses? What constitutes MATERIAL BREACH in a conversation with a recruiter about a job? "I don't want to talk to you and I am hanging up". Okay, got that one. Person cusses you out and then basically, sends you flaming emails and NOW you blacklist the fucker. Okay, got that.

The manager says that you can't call the person back because that same person got you in trouble with a previous client. Okay, let's stop.

What exactly happened there? It used to be back in the day, the number one way to get rid of an Experienced Worker or Qualified Worker was to allege that they imprioritized themselves with a former client. OKAY but we don't have them in our CRM and I just put them there. NO NO, I deleted them OUT of the CRM because it was so bad.

Oh, okay.

Recruiters used to have these problems amongst themselves and with account managers. They used to have this same battle where recruiters who did not want to "use this system" fought the regular recruiter people BY getting them fired, with the same psychology of tactics, and typical normal sabotage, including direct firing, playing the resources game, which is just fucking around with someone's resources until they hit you, curse you out, get fired because they can't sustain perceived good performance.

Now, everyone is stupid and they can't come up with many lies to defeat this lawsuit. They can't make up too many things and now lawyers are hurting for money, so now, THEY THEMSELVES want fucking good clients, because they don't get you in trouble with the judge or the criminal justice system by being fake charlatan perjuring assholes.

You lose your standing in court and with the BAR if you have too many perjuring clients and recruiting & staffing folk, lie, A LOT.

They are worse than your typical manager in Corporate America. They are THE WORST.

These fuckers hate job descriptions and they hate going over requirements. All of this scrutiny is to get you a person that eeks by the client's scrutiny of that job applicant, by scrutinizing them in the same way. Now, at this point in time, ALL OF THEM, have figured out, even lawfirms with problems with their "1sties", "first year" people who you sorta see in CBS The Good Wife, and USA Suits. You see how they are. They don't know basic common sense.

They are confused by basic logic. That is a UK person. That is a person from Canada.

Both countries hate Mexicans.

**[BREACH OF CONTRACT & PROMISSORY ESTOPPEL, TORTIOUS INTERFERENCE AGAINST MULTIPLE PARTIES - - LEGAL LAWSUIT]**

They hate people that work. Lawyers especially get these law-grads that come in there, and they don't know how to file a lawsuit. They never tried. They keep thinking that they are going to have a client "go on in there" and then have some "slam dunk evidence" and then now IT'S INSTANT SETTLEMENT. This is how you become a rainmaker.

This is what they think. In technology, you get people who have these certifications but don't know how to fix a server or a desktop problem or enterprise level service. They don't know. So then, all of these tech jobs open for a project manager, and NOW they are doing AGILE SCRUM which is what "what did you do yesterday", "what are you doing today", "do you need a manager or supervisor to authority anything into progress for you". THIS IS WHAT AGILE SCRUM IS.

The daily scrum meeting is nothing but this. Their official SCRUM documentation, will teach you all kinds of project management theory in their certification path, but when you get to the business, all you are going to do is this. You are going to have a daily meeting, and in that daily meeting, all you are going to do is "what did you do yesterday", "what are you doing today", "do you need a manager or supervisor's authority on anything that you are working on". This is why the UK economy is shit.

They will not do THIS to their people. They will not fucking just ask them basic accountability questions. Similarly, many people have been fired from this same dynamic, dilemma, problem set of affairs and things. You are trying to do your job, and that millennial is fucking off, being weird, on the phone tapping the phone all day, and this fucker is eating up your fucking work and results all day. That fucker is defaming you and you cannot control your reputation and everyone thinks that you are stupid.

What are you supposed to do? The manager is "in" on it and so is the whole team or half the team. There is no one for you to talk to. You can't even figure out how to sue because in modern, contemporary business TODAY it is the norm to keep you frozen out of everything all you get is your desk, and your damn little job that no one is helping you with, by performing their damn actions and behavior commensurate with their position and that is why you need to sue, BUT YOU DON'T KNOW WHAT THOSE THINGS ARE, AT ALL.

You don't know what everyone else's job is and this is where they make up a bunch of shit for your EEOC trial case, where they are all monstrously busy and they make up evidence and they do all kinds of shit to you and they just don't even know what you did to the company or at the company and you can't figure out how to explain your job because they make up so much stuff that you think, that you need to watch your dismissed trial again to figure out what the job actually was.

The ticketing system applications that are databases exist because managers WILL NOT be honest with the work that they are doing in corporate. They will not simply tell upper management what they are working on, or what they were working on. However, they are going to come up with a reason to spend money.

They are going to come up with a reason to spend money and they want you to approve it. They don't want you to fix the old existing problem BECAUSE THAT is evidence that the problem existed. Do you see that?

You can kinda see that angle on CNBC The Profit but you can't see it too clearly.

**[BREACH OF CONTRACT & PROMISSORY ESTOPPEL, TORTIOUS INTERFERENCE AGAINST MULTIPLE PARTIES - - LEGAL LAWSUIT]**

The manager will hide things from you, not tell you how the job works, not help you understand what to do with your employment, damage you personally by not assigning you work, making up mistakes and errors in your performance record, contribute to the gossip about you, and sometimes completely gaslight you while you don't fucking know what's going on, make you believe to yourself that you are incompetent and damaged.

All of this is known by the recruiting and staffing firm agencies, especially in cyber security and project management, especially within all information technology, information security project management positions.

They all know.

They know everything that is going on with the position. The hiring managers don't explain the job clearly. They give you this blank and bare job description. They toss it to some girl who doesn't know anything about that damn job at all and soon, she is on the fucking phone trying to find a good hire for the job, and yes, SH IS UNDER DURESS and UNDUE INFLUENCE if they are "doing things" to her, while she is on the job. It can just be DURESS without the UNDUE INFLUENCE, but these days, and in the age of SOCIAL MEDIA AMERICA you just don't fucking know.

DURESS is the phone call, ANTICIPATORY BREACH is the attitude.

These training documents, these business documents submitted into courts evidence will show you every immaterial scrutiny angle in the world that is enough for you to understand what NEGOTIATING IN BAD FAITH in employment is. You will understand, when you hear and see the YouTube videos which amount to more than twenty complete whole hours of video and Tubels was upset that I didn't watch it all.

You see this woman telling you how to perform witchcraft upon the mind. I know UNCONSCIONABILITY when I see it, telling me that this fucker needs to eat at the restaurant or they can't apply to the job. It's in a sheet of paper that I have submitted. She's telling you that if the person makes three to five or more above the target line for the compensation for the position then "the client won't pay", "we can do all we like but the client won't pay". This is UK non-speak for FIRE THAT FUCKER NOW and GET ME SOMEONE WHO FITS WITHIN THE SALARY BRACKET RANGE.

## Breach of Contract: Indefiniteness
### - 5 -

INDEFINITENESS is this process of paperwork submitted into court's evidence. Have you ever, spoken to a recruiter that called you more than once, for the job and didn't have a job update for you that was a MATERIAL update?

I have. No one has, these days. This used to be, 2008 to 2014. They used to "check in" on you, to still see if you were still down with the process. What? Yes. This program teaches you to "check in", and if that fucker is getting an interview, YOU ARE GOING TO SEE IT, check in THREE TIMES A DAY.

What the fuck are you, my mother?

I don't even have girlfriends that call me that much. So basically, I started flirting with these fuckers and all my jobs dried up. I couldn't get a single idea to apply to work and my arms felt heavy, and I couldn't apply to things. If you keep calling me, a dick is going in your savage, unread little mouth. I know the millennials are cute.

They think that I'm cute too. Well, let's be cute together.

They don't always get you a job, though. Back in the day, I used to have to blame the account manager, and not the recruiter. This is what it was like 2008 to 2014, the recruiters would find resumes and then submit you to the account manager FIRST, and the account manager would let all the emails back up, and let all the work pile up and when the client calls for the job to be filled, or when the client calls for the job progress to be checked up upon, the account manager, looks in the CRM or on Monster, etc, ZipRecruiter, etc, and fills the job with whomever they desire, WHICH is JUST not YOUR person.

This used to be the way to screw a female recruiter out of her career. You just keep filling the jobs with people that the account manager manually, selectively appropriates themselves.

Good luck to you.

I know that works, still looking for work as I type.

All these fuckers think I got a job. I am suing because I have no job. I know what three resumes say. I know wht they say. I sound credible on the phone. I do, but, "I" be fired. That's the truth.

As if I am going to perjure myself in a court document or threaten to kill someone in a court document. Yarr, right?

Let's continue…

Lawyers don't understand business and neither do judges. You got all of this levels and layers of stuff. A good recruiter can find you but Tubels is going to go with "his guy". You're going to find someone and then Tubels is going to find a fucker to compete with you on the job. Why? Because well, Tubels wants competition and that seems fair.

**[BREACH OF CONTRACT & PROMISSORY ESTOPPEL, TORTIOUS INTERFERENCE AGAINST MULTIPLE PARTIES - - LEGAL LAWSUIT]**

No, it isn't. All you are going to do is swing the client to your favor because I CAN'T TALK TO THE CLIENT according to these stupid rules and even if I could, Patrice or one of her co-fat-goons are going to do it. Or the fucker just out-authority's you in conversation, in some moment that you are excluded from interaction.

That's all, you are going to do.

You are going to lose.

What is MATERIAL BREACH on these lists of things, according to what's on these lists and things?

I AM ASKING THEM NOW, so when I ask basic questions like this, they don't burn up the billables of their clients. I know what I am doing. I am telling you how this case is going to work. This is a fair case and I don't ask stupid shit.

How much should you talk to a candidate? What should you talk about? How should you weigh the information presented?

What happens if the recruiter is incorrect about the role? About the job description? About what you said and they misheard something? The interview process? The interview itself? How to prepare you for an interview?

Okay, so this one time, this fucker is asking me all of these seemingly simple business questions and then, the fucker basically, on a new phone call tells me before the interview that "I" need to, "be more concise and stop talking so much because it is an interview and you are supposed to be short and non-descript". The questions, that YOU, are specifically asking me require ME to tell you LOTS of things, because it is an involved question. However, for an interview, I KNOW how much people like to listen, WHICH AIN'T MUCH. It's like this conversation. IT AIN'T MUCH AT ALL and your fucking ass is doing the same thing to me, WHICH I HATE and I WANT TO KILL YOU, and I can't remember the company that she works for.

This is what it's like. The fucker has to be God on the phone. She has to be God of the conversation. There are things that you are going to feel. You are going to feel like you need to take the advice and do what she says while you are going to feel like you want to yell and scream at the fucker, HOWEVER, you are going to realize, that you want your interview and you "should" probably try to get through the moment and not "cause" conflict.

What happens?

I interview with the client team. They, don't fucking know anything in the world with what they are doing. This fucking recruiter was going to hang up on me and the account manager because they said that I was talking about the WRONG thing to them, with them on the phone and I was, and then I get this fucking interview and the thing that I want to talk about IS TOTALLY THE CORRECT THING.

What happens? We'll keep you in mind for other roles.

BURNED.

BURNED like a fucking nuked Nagasaki at the heart of Japan.

BURNED like Hiroshima and my fucking ass can't find a wind toward Chernobyl.

**[BREACH OF CONTRACT & PROMISSORY ESTOPPEL, TORTIOUS INTERFERENCE AGAINST MULTIPLE PARTIES - - LEGAL LAWSUIT]**

My fucking ass was burned by that company and their stupid fucking client, is committing business fraud in big ass fucking ways with technology, telling upper management that they are doing big and huge things in technology. So what happens? This is how a role gets created. When you are someone with money like The Profit and you got all of these businesses that appeal to your interests to go around and talk to, to figure out who to help and why, and how the situation got there, all the fucker hears is business problems, caused by personal human ineptitude, personal human incorrect behavior.

They do the wrong thing and don't fix it. They come up with some malarky convoluted reasoning and you can't fucking understand completely how to figure out if plausibly the shit is making sense or not making sense. They come up with something that any moral conscionable person will agree is reasonable and rational. You can't figure this out until you look at the problem and ultimately, perform enough root cause analysis to determine that some one fucking person is causing this problem.

Some one person, is deliberately doing something wrong. But they are going to report to you that there was some natural occurrence that led to a condition. This is where you wind up in a role and you think about fixing something or examining something and the manager slides your focus away to something else or some team member gets hot in the haunches with you.

People get upset with you, when you try to fix something. They figure out how to attack you in ways that you don't understand. That's what these questions and practices are. These are all of the things that these selections lead to. You cannot find a good team, a good company to work for. They all have charlatans in there and you can't understand that they are doing something wrong to you when they say "well, you don't meet the requirements", or they say "I don't see enough of it on your resume". Just when you are prepared to argue, they hang up, or for some reason, all of the people that you interact with, from now on, just do something different when they offend you, or you get this feeling that makes you think "no no, don't do that, you are being mean to that person, no no, don't do it, that's unfair".

They come up with a lot of things. In two hundred interviews, I have heard many things. These people create this bad economy. The economy can't fix itself because you need good people working, who aren't going to do this shit to American humans. How do they get into recruiting?

All of these people have had zero prior experience before accepting any of their jobs. They have zero job experience. They can't read. They don't have CAPACITY legally standing to perform the role without being a charlatan, a fraud, someone misrepresenting their competency and capacity to perform the role.

Lawyers have the same problem with all of their credentialed people. These lawfirm companies, have the same problem. Some lawyer is not going to listen to you explain the case. They are going to ask you for the high points, or the major points. You are going to feel that you need to say something specific to them on the phone and you don't know what that is, and they don't help you figure it out.

These people are the receiving side of the service. They are supposed to explain the conditions of good performance to you so that you can get a good result and if you can't get a good result with them, like if a partner or other tiered person drops your case possibility, then you can figure out how to do this process again with some other lawfirm.

[BREACH OF CONTRACT & PROMISSORY ESTOPPEL, TORTIOUS INTERFERENCE AGAINST MULTIPLE PARTIES -- LEGAL LAWSUIT]

However, how is that other lawfirm run? Lawyers don't really understand this employment thing. They think, like many judges, "well just bring your case to someone else", "well the real problem is that you're not applying to enough work", "you just need to apply to more jobs and one will come up", "well if you're competent then basically someone should hire you", "someone should see beyond your resume, that is how employment works". It doesn't.

It completely doesn't. Nothing works. You keep bumping into these people all over the place and they don't fucking care. They don't even want to "check the box". They like sitting there, and they want to feel awesome and beyond that, they don't really know what else to do. They don't care about much. They don't really do anything but sit there and destroy work. When a supervisor comes around the corner, they are going to make up a good, plausible reason as to why something isn't working or isn't processed or isn't done, or is delayed. They will say something.

And when you're a new employee, you really don't know these things. You don't really know, why someone isn't hired or why some project isn't further down the road. You don't know why someone isn't done working on that thing. You don't know why the team isn't working on more things actively "if there is all this work to do and we are BEHIND with upper management". You don't know.

You don't know if you meet the requirements or not when they hide the job description. I am going to post in this legal complaint, legal brief document, my email to Patrice & Associates as a former employee who mandated to do more training and prove that you know the system, while accepting that I could only work on one job fulfillment role at a time, one job at a time.

I am sitting there, looking at money in that CRM system. There are twenty percent commission checks on jobs that are one hundred thousand dollar a year salary jobs, and this fucker Tubels chastises me on the phone telling me that I need to focus on the little assistant manager restaurant jobs first and only because "THOSE ARE EASIER TO FILL, THESE OTHER JOBS ARE HARDER BECAUSE THEY WORK MORE MONEY". No, they aren't. They are not harder. You don't know how to read and you don't know corporate, you faggot from South Carolina. He can't read. Tubels can't read.

Tubels can't fucking read and that's the problem. The fucker doesn't want some competent person working for him. What the fucker wants is a relationship like George Jetson and Spacely Sprocket. The person wants you working on something, and then run around the corner and bap you and then tell you that you are doing something wrong. And at some point like Mr. Slate from The Flintstones have a whole bunch of suppose-ed things to yell at you about, and this manager controls your job, controls the role, controls your life, threaten to put you out on the street, make you homeless and dead, if you don't agree to him. If you don't agree to the terms and apologize for being wrong, especially when you are being correct, then you are done.

You're fired. This is why Americans are losing their jobs. This has always been the number one problem with the American economy and American businesses. You have fuckers in there that want to do the wrong thing and you can't figure out if it's really wrong or not, depending on your perspective of the issue. You just don't know. You can't completely know, because, perspective is like that.

They keep things plausible.

[BREACH OF CONTRACT & PROMISSORY ESTOPPEL, TORTIOUS INTERFERENCE AGAINST MULTIPLE PARTIES - - LEGAL LAWSUIT]

But sometimes, like, if you're someone who is a manager, or you are capable of being entitled a manager, or there's a promotion on board for you as a possibility, these fuckers start doing so much fucking damage and shit, they need to be murdered violently. That is what goes on in employment.

They know that you are trying to keep a clean record. They are going to mess it up just a little. They are going to not show up to that meeting so that you can't get that information that you need. They are going to withdraw their best efforts in a project. They are going to keep on doing the work wrong. They will insist that you do the work wrong too. They won't tell you how to fix something. They won't tell you how to do something very specific.

They are going to do lots of bad things to you and no one is going to believe you. You're not going to understand how to tell this story nor understand what breach of contract is. How is all of this breach of contract? Is it just an Implied Covenant of Good Faith and Fair Dealing thing? Is it just that?

That sounds like simple morality, but hey, if we have a The Implied Covenant of Good Faith and Fair Dealing, then why do we need anything else? Because it's not plainly written on paper, that's why. THEY ARE GOING TO SAY THAT IN COURT.

OKAY FINE. You are breaching your actual written ethics of due diligence prima fascia documented contract standards, to supply good and worthwhile work and where it's not written overtly then you are functioning and operating under the auspices of IMPLIED CONTRACT.

You are supposed to do good work, if you get a job, otherwise the contract is not worthwhile. If you are performing bad work, incongruent work, unconscionable work efforts, then you are in BREACH OF CONTRACT.

When you deny work, to someone because they didn't pick up the phone, can we say IMMATERIAL BREACH? When you deny work to someone because they don't like invasive questions, MATERIAL BREACH. They have been practicing their business in this way for many years. Only because the Indian companies do an easier job at things, can the plaintiff understand what a job submission process should be like, or could be like.

They take your resume, and send it off.

They review you lightly with respect to what they know about the job. Sometimes, the lesser adept recruiters will ask you to educate them, offer them insight into the profession and occupation things that are listed on your resume or "someone else's resume". Sometimes they ask you to talk about your "day to day". This is the primary reason why Americans don't want to deal with Indian recruiting companies. They ask you questions.

It used to be that the Indian companies were completely evil in the ways described here, and some of them are somewhat evil today, but they aren't as evil as ago. Why?

They want to survive in business. They figured out that when you keep on ruining the occupation that you are trying to provide fulfillment for, to the company, the job desired to be performed by the company, you ruin the job, and the client will go somewhere else. Many of these companies, TCS, Cognizant, Wipro, Infosys, HCL America, have had, NUMEROUS BEYOND PLENTY "jobs" go flying out the window because they used this meta-analysis style "to get people hired" quickly, and fastly, and they didn't care about the results performed by the job worker, because "the hiring manager wanted it that way", "the client wanted it that way".

**[BREACH OF CONTRACT & PROMISSORY ESTOPPEL, TORTIOUS INTERFERENCE AGAINST MULTIPLE PARTIES -- LEGAL LAWSUIT]**

You are always going to have this occur within companies, where the manager, prefers ONLY to deal with, negotiate with, hire incompetent, less qualified workers. They will make up any reason in the world not to hire someone because they are xenophobically prejudiced in extreme beyond stereotypical bias against Experienced Workers, Qualified Workers.

[BREACH OF CONTRACT & PROMISSORY ESTOPPEL, TORTIOUS INTERFERENCE AGAINST MULTIPLE PARTIES - - LEGAL LAWSUIT]

## Legal Notes

### - 6 -

Exceptions to At Will Employment / Premature Contract Discharge Determinations Actions

Defenses to Formation

Indefiniteness

Mistake

Misrepresentation, Nondisclosure, Duress and Undue Influence

Unconscionability

The Statute of Frauds

Lack of Capacity

Illegal Contracts


Performance and Breach

Good Faith

Conditions

Order of Performance

Substantial Performance

Divisible Contracts

Material v. Minor Breach

Anticipatory Breach

Changed Circumstances - Impracticability

Discharge

**[BREACH OF CONTRACT & PROMISSORY ESTOPPEL, TORTIOUS INTERFERENCE AGAINST MULTIPLE PARTIES - - LEGAL LAWSUIT]**

Exceptions to At Will Employment / Premature Contract Discharge Determinations Actions

A.  Public Policy or Business Policy

Category                                || **Example(s)**

1)  Refusing to perform an act that state law prohibits. **|| Refusing an employer's request to commit perjury at a trial. || Refusing to lie to upper-management**

2)  Reporting a violation of the law. || Reporting an employer's fraudulent accounting practices or use of child labor. **|| Reporting ethics violations or human resources violations of managerial behaviors**

3)  Engaging in acts that are in the public interest. **|| Joining the military or performing jury duty. || Preventing or Cleaning up a business practice that violates or harms public interest or public welfare**

4)  Exercising a statutory right. **|| Filing a claim under the state workers' compensation law. || Using company benefits or operating within company policy for (any)thing**

B.  Implied Contract

C.  Implied Covenant of Good Faith and Fair Dealing

D.  Additional Tort-Based Claims Limiting At-Will Employment

E.  Promissory Estoppel

        The employer made a clear and unambiguous promise of employment;

        The employee relied on this promise;

        The employee's reliance was reasonable and foreseeable; and

        The employee was injured as a result.

[BREACH OF CONTRACT & PROMISSORY ESTOPPEL, TORTIOUS INTERFERENCE AGAINST MULTIPLE PARTIES – - LEGAL LAWSUIT]