UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRANCE TURNER,<br><br>    Plaintiff,<br><br>    v.<br><br>PATRICE & ASSOCIATES, et al.,<br><br>    Defendants. | Case No. 22-cv-07490-EMC<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**<br><br>Docket No. 17 |

Plaintiff Terrance Turner represents himself *in forma pauperis*. He has sued the employment recruiter Patrice & Associates, various companies and their CEOs, and the FBI for alleged breach of contract and fraud because he is unable to get a job. After the Court ordered Mr. Turner to show cause as to why the case should not be dismissed for failure to state a claim and lack of venue, Mr. Turner filed an amended complaint against only Patrice & Associates. Docket No. 15 (Amended Complaint).

On July 3, 2023, Magistrate Judge Beeler filed her report and recommendation to dismiss the amended complaint. Docket No. 17 (Report and Recommendation ("R&R")). Objections are due fourteen days after a party is served with a copy of the recommendation. Mr. Turner did not file any objections by the deadline of July 17, 2023. The case was then reassigned to the undersigned, as magistrate-judge jurisdiction is only permissible with the appearance and consent of all parties. *See Williams v. King*, 875 F.3d 500, 503–04 (9th Cir. 2017).

This Court adopts Judge Beeler's report and recommendation and dismisses Mr. Turner's amended complaint. District courts review proposed findings and recommendations of magistrate judges de novo. *See* 28 U.S.C. § 636(b)(1)(C) ("A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge.").

1   This Court has reviewed the amended complaint and determined that it fails to set forth a pleading
2   that plausibly states a claim for relief under Rule 8(a). *See* Fed. R. Civ. Proc. 8(a). The amended
3   complaint includes only general allegations levelled against Patrice & Associates, such as "fraud,
4   conspiracy, theft, larceny, bodily harm, wire-fraud, conspiracy to form conspiracy, and conspiracy
5   to defraud The United States of America, and conspiracy to defraud The Government of The
6   United States of America." Amended Complaint at 2. Mr. Turner alleges tortious interference
7   through a "bad faith . . . business scheme," *id.*, breach of contract in their inability "to perform job
8   duties," *id.* at 3, negligence in failing to "fill corporate jobs" causing the economy to be "down,
9   bad, and in a state of disrepair," *id.* at 3, promissory estoppel violations by "promis[ing] plentiful
10  representation" of jobs, *id.* at 4, lack of competency because the recruiters are "functionally
11  illiterate," *id.* at 5, and misrepresentation through "zero practical occupational experience [and]
12  limited perception-evolution philosophical-psychological development," *id.* at 6, among others.
13  The amended complaint also contains a significant amount of ranting and swearing.

14  As Judge Beeler explains, "[t]he amended complaint does not cure the deficiencies: it is
15  again a generalized rant, has many fanciful allegations, and does not provide 'a short and plain
16  statement of the claim showing that the pleader is entitled to relief.' Fed. R. Civ. P. 8(a)(2). The
17  complaint levels general criticisms at Patrice & Associates without coherently explaining the
18  factual basis of any harm that Patrice & Associates may have caused the plaintiff (other than that
19  the plaintiff did not get a job). Thus, the complaint is not minimally viable, and the case must be
20  dismissed." R&R at 2. This Court agrees.

21  The Court thus **ADOPTS** Judge Beeler's report and recommendation and **DISMISSES**
22  Plaintiff's amended complaint with prejudice.

23  This order disposes of Docket No. 17.

24  **IT IS SO ORDERED**.

25

26  Dated: August 8, 2023

27  _____
28  EDWARD M. CHEN
    United States District Judge

2